**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6209**

CURTIS WILLIAMSON,

       Plaintiff – Appellant,

v.

RICHARD GRAHAM, JR., Warden; WEXFORD HEALTH SOURCES, INCORPORATED; DR. R. BARRERA; KIM MARTIN, RN; PEGGY MAHLER, PA; DOCTOR ASHRAF; DOCTOR JOUBERT,

       Defendants – Appellees,

and

JANET GILMORE, PA,

       Defendant.

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, District Judge. (1:17-cv-01915-GLR)

Submitted: September 30, 2019          Decided: December 10, 2019

Before NIEMEYER and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Curtis Williamson, Appellant Pro Se.  Gina Marie Smith, MEYERS, RODBELL & ROSENBAUM, PA, Riverdale Park, Maryland, for Appellees

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Williamson appeals the district court's orders granting summary judgment against him in his 42 U.S.C. § 1983 (2012) action, denying his motions for counsel, and denying Fed. R. Civ. P. 59(e) relief.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Williamson v. Graham*, No. 1:17-cv-01915-GLR (D. Md. Jan. 3, 2018; Aug. 16, 2018; Sept. 26, 2018 & Feb. 6, 2019); *see also Mayfield v. Nat'l Ass'n for Stock Car Auto Racing, Inc.*, 674 F.3d 369, 378 (4th Cir. 2012) (stating standard of review for denial of Rule 59(e) motion); *Whisenant v. Yuam*, 739 F.2d 160, 163 (4th Cir. 1984) (stating standard of review for denial of counsel), *abrogated on other grounds by Mallard v. U.S. Dist. Court for S. Dist. of Iowa*, 490 U.S. 296 (1989).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*